IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANTHONY DOUGLAS, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff | : | |
| v. | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| Defendant | : | NO. 09-1535 |

## ORDER

AND NOW, this 3rd day of February, 2011, upon *de novo* consideration of the record and United States Magistrate Judge Elizabeth T. Hey's Report and Recommendation, for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1. Plaintiff's Objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**; and

2. Magistrate Judge Elizabeth T. Hey's Report and Recommendation is **APPROVED** and **ADOPTED**.

/s/ Norma L. Shapiro
J.